882

No. 94–5056. HULETT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–5057. ISBY v. WRIGHT, SUPERINTENDENT, MAXIMUM CONTROL COMPLEX. C. A. 7th Cir. Certiorari denied.

No. 94–5058. GUTIERREZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5060. SANDERS v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 94–5061. SANFORD v. MUNICIPAL COURT CITRUS JUDICIAL DISTRICT ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–5063. STANSBURY v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 94–5064. BROWNER v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 94–5065. WILLIAMS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 94–5066. BEDFORD v. OHIO; and BEUKE v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 94–5067. ANDERSON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 94–5069. GRUBE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5071. HEAD v. NORTH CAROLINA PRISONER LEGAL SERVICES, INC. C. A. 4th Cir. Certiorari denied.

No. 94–5072. HEAD v. NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 94–5073. CARRIZALES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.